# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160673(101)


DOA DOA, INC., and GARDEN CITY REAL
ESTATE, LLC,
        Plaintiffs-Appellants/
        Cross-Appellees,

v

PRIMEONE INSURANCE COMPANY,
        Defendant-Appellee/
        Cross-Appellant.
_____/

SC: 160673
COA: 339215
Wayne CC: 16-003251-CB

      On order of the Chief Justice, the motion of defendant-appellee/cross-appellant to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on January 17, 2020, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



Clerk